# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**582**

**KA 09-00885**

PRESENT: SMITH, J.P., FAHEY, PERADOTTO, AND LINDLEY, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,

V                                                    MEMORANDUM AND ORDER

SALVATORE GIANNI, DEFENDANT-APPELLANT.
(APPEAL NO. 2.)

---

FRANK H. HISCOCK LEGAL AID SOCIETY, SYRACUSE (CHRISTINE M. COOK OF COUNSEL), FOR DEFENDANT-APPELLANT.

SALVATORE GIANNI, DEFENDANT-APPELLANT PRO SE.

WILLIAM J. FITZPATRICK, DISTRICT ATTORNEY, SYRACUSE (VICTORIA M. WHITE OF COUNSEL), FOR RESPONDENT.

---------------------------------------------------------------------------------------------------------------

        Appeal from a judgment of the Onondaga County Court (Joseph E. Fahey, J.), rendered August 20, 2008.  The judgment revoked defendant's sentence of probation and imposed a sentence of imprisonment.

        It is hereby ORDERED that the judgment so appealed from is unanimously affirmed.

        Same Memorandum as in *People v Gianni* ([appeal No. 1] ___ AD3d ___ [Apr. 20, 2012]).

Entered:  April 20, 2012                        Frances E. Cafarell
                                                Clerk of the Court